**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

In Re:                                          Case #16-15914
**Debtor:** Jose Hernandez                      Chapter 13

---

### FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 06-28-2017 and the following parties were present:

1. [    ] The Debtor:
2. [    ] The Debtor's Attorney:
3. [    ] The Lender's Representative:
4. [    ] The Lender's Attorney:

**B.** The final MMM conference was scheduled for 06-28-2017 but not conducted for the following reason:

1. [    ] The parties settled prior to attending
2. [    ] The case was dismissed
3. [    ] The debtor failed to attend
4. [    ] The debtor's attorney failed to attend
5. [    ] The lender failed to attend
6. [    ] The lender's attorney failed to attend
7. [ x ] Other: No Agreement Reached

**C.** The result of the MMM conference is as follows:

1. [    ] The parties reached an agreement
2. [    ] The parties did not reach an agreement

Dated: 06.28.17                  Signature of Mediator: _____ //s// Anthony Roca
                                 Printed Name: Anthony Roca
                                 Address: 1400 NW 107th Ave. Suite 209 Miami, FL
                                 33172-2746
Copies To:                       Phone: (305) 771-3529
[All Parties to Mediation]       Email: tony@rocalaw.com