## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:

**JOSE F. HERNANDEZ**                                **CASE NO.: 16-15914-RBR**
                                                      **CHAPTER: 13**

        **DEBTOR(S).**

_____/

## MOTION FOR CLARIFICATION AND COMPEL A MODIFIED PLAN

COMES NOW, **Wells Fargo Bank, N.A.** ("Creditor") by and through the undersigned counsel and hereby files this Motion for Clarification and Compel a Modified Plan and, in support, respectfully alleges the following:

1.      Creditor holds first lien on the property owned by the Debtor described as 364 NW 40 Court, Oakland Park, FL 33309.

2.      Creditor affirms a Proof of Claim [Claim 1] was filed on October 11, 2016 in the amount of $158,010.39 in secured mortgage debt, and $99,286.32 as secured mortgage arrears.

3.      On September 15, 2016, the debtor filed an Attorney-Represented Verified Ex-Parte Motion for Referral to Mortgage Modification Mediation [DE#27].

4.      The Order Granting the Attorney-Represented Verified Ex-Parte Motion for Referral to Mortgage Modification Mediation [DE#32] was entered on September 16, 2016.

5.      On June 28, 2017, the Final Report of Loss Mitigation Mediator [DE#57] was entered, indicating that _no agreement_ was reached between the parties.

6.      This Court entered an Order Confirming Plan [DE#51] on January 4, 2017.

7.      On June 1, 2018 the Debtor filed a Ninth Modified Plan [DE#89].  The Order Granting Debtor's Motion to Modify the Chapter 13 Plan [DE#91] was entered on June 28, 2018.

8.      On May 3, 2004, Jose F. Hernandez, executed and delivered a promissory note and mortgage securing payment of the note to World Savings Bank, FSB.   On or about the same day, Jose F. Hernandez and Niurkis Irene Duharte executed and delivered a mortgage securing payment of the note.  True and correct copies of the _note, mortgage_ and _assignment_ are attached as Composite Exhibit "**A.**"

> **THE WEST ½ OF LOT 9, BLOCK 11, OF PROSPECT GARDENS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 22, PAGE 26, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA**
>
> **A/K/A 364 NW 40 CT. OAKLAND PARK, FLORIDA 33309**

9.      Pursuant to the terms of the Note and Mortgage, the Debtor is required to pay principal and interest every two weeks.  The monthly Regular Payment (Maintain) amount indicated in the Debtor's confirmed Ninth Modified Plan reflects a single bi-weekly payment amount.   This Regular Payment amount does not sufficiently provide for the terms of the Note and Mortgage agreed to and signed by the Debtor.

10.     Creditor requests clarification and correction of the Order Confirming Plan.

11.     Accordingly, Creditor requests this Court to schedule a Hearing.

   **WHEREFORE**, Movant respectfully requests that this Court enter an Order Clarifying the Order Confirming Plan and awarding any and all other relief that this Court deems just and appropriate.

Scott Lewis, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2603
Facsimile:  (813) 221-9171
bkfl@albertellilaw.com

By: /s/   *Scott Lewis*
Scott Lewis, Esq.
Florida Bar No.: 112064

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 4th day of October, 2018.

Scott Lewis, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2603
Facsimile:  (813) 221-9171
bkfl@albertellilaw.com

By: /s/  *Scott Lewis*
Scott Lewis, Esq.
Florida Bar No.: 112064

## **SERVICE LIST**

Jose F Hernandez
364 NW 40 Court
Fort Lauderdale, FL 33309

Christina A Fiallo
7975 NW 154 Street
Suite 470
Miami Lakes, FL 33016

*Trustee*
Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130